UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X  Case No.: 12-CV-3033
(SJF)(WDW))

BELLEZA FRUIT, INC.,

                Plaintiff,

v.

SUFFOLK BANANA CO., INC., LONG ISLAND     **DEFENDANTS' FIRST**
BANANA CORP., LONG ISLAND BANANA, and     **NOTICE OF MOTION**
THOMAS HOEY, JR,.     **IN LIMINE**

                Defendants.
---------------------------------------------------------------X

| | |
|---|---|
| MOTION BY: | Defendants Suffolk Banana Co., Inc., Long Island Banana Corp., Long Island Banana, and Thomas Hoey, Jr,. |
| PLACE, TIME & DATE OF HEARING: | Judge Sandra J. Feuerstein<br>United States District Court<br>Eastern District of New York<br>100 Federal Plaza<br>Central Islip, New York 11722-4438<br>**9:30 a.m., February 7, 2013** |
| RELIEF SOUGHT: | Order precluding the Plaintiff from offering before the Court at trial any exhibits, testimony and/or argument concerning whether the plaintiff is entitled to assert a PACA trust claim during the period of time it was unlicensed. |
| PAPERS IN SUPPORT OF MOTION: | Declaration of Robert P. Lynn, Jr., Esq., dated February 5, 2013, and exhibits. |
| DATE OF NOTICE OF MOTION: | February 5, 2013 |
| NOTICE OF MOTION ADDRESSED TO: | Laura M. Dilimentin, Esq.<br>LAWRENCE AND WALSH, P.C.<br>*Attorneys for Plaintiff Belleza Fruit, Inc.*<br>215 Hilton Avenue<br>Hempstead, New York 11551 |

| | |
|---|---|
| NOTICE OF MOTION SERVED BY: | **LYNN, GARTNER, DUNNE,**<br>**& COVELLO, LLP**<br>*Attorneys for Defendants Suffolk Banana Co., Inc., Long Island Banana Corp., Long Island Banana, and Thomas Hoey, Jr,.* |

By: _____
**Robert P. Lynn, Jr.**

330 Old Country Road, Suite 103
Mineola, New York 11501
(516) 742-6200

TO: Laura M. Dilimentin, Esq.
LAWRENCE AND WALSH, P.C.
*Attorneys for Plaintiff Belleza Fruit, Inc.*
215 Hilton Avenue
Hempstead, New York 11551
*Email – lmd@lawfirmonline.com*